■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. DANZLER, Appellant. [722 NYS2d 181] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered November 20, 1995, convicting him of attempted murder in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Contrary to the defendant's contention, the evidence established that he shot the victim. Furthermore, as to the charge of assault in the first degree, the victim suffered a serious physical injury (*see, People v Wade,* 187 AD2d 687).

We discern no basis to disturb the jury's resolution of the issue that the defendant intended to cause the death of the victim. Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84). Its determina-

tion should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. 'O'Brien, J. P., Krausman, Florio and Schmidt, JJ., concur.